**WO**

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Capitol Records, Inc., a Delaware corporation; BMG Music, a New York general partnership; UMG Recordings, Inc., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and Warner Bros. Records Inc., a Delaware corporation,<br><br>　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>Sergio Rubio,<br><br>　　　　　　　Defendant. | Case No.: 2:06-cv-0792-PHX-SMM<br><br>DEFAULT JUDGMENT AND PERMANENT INJUNCTION |

Pending before the Court is Plaintiffs' Motion for the Entry of Judgment by Default. (Dkt. 11.)  Good cause appearing therefore,

**IT IS HEREBY ORDERED AND ADJUDGED** that:

1. Plaintiffs' Motion for the Entry of Judgment by Default is **GRANTED**. (Dkt. 11.)

2. Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total

1 principal sum of Three Thousand Seven Hundred Fifty Dollars ($3,750.00).

2     3.    Defendant shall pay Plaintiffs' costs of suit herein in the amount of Three
3 Hundred Twenty Dollars ($320.00).

4     4.    Defendant shall be and hereby is enjoined from directly or indirectly
5 infringing Plaintiffs' rights under federal or state law in the following
6 copyrighted sound recordings:

- "Heart of Glass," on album "Parallel Lines," by artist "Blondie" (SR# 4-090);
- "Crash Into Me," on album "Crash," by artist "Dave Matthews Band" (SR# 212-572);
- "Batter Up," on album "Country Grammar," by artist "Nelly" (SR# 281-782);
- "Got Ur Self A," on album "Stillmatic," by artist "Nas" (SR# 305-698);
- "A Place For My Head," on album "Hybrid Theory," by artist "Linkin Park" (SR# 288-402);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs.  Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or

1 server without Plaintiffs' authorization and shall destroy all copies of those downloaded
2 recordings transferred onto any physical medium or device in Defendant's possession,
3 custody, or control.

4 DATED this 6th day of October, 2006.

_____
Stephen M. McNamee
United States District Judge